Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER BOYD McILWAIN,<br>ALEJANDRO BARRAGAN,<br>RICHARD DENNIS MILLER,<br>CHARLES CLAY WINANS,<br>BRANDON LEE PENN, and<br>JOSE MENDOZA,<br><br>　　　　　Defendants. | NO. CR05-5504FDB<br><br>ORDER GRANTING<br>CONTINUANCE OF TRIAL<br>AND RELATED DATES |

THIS MATTER comes on before the Court on the motion to continue the trial date raised by counsel for defendant's Brandon Lee Penn, Walter Boyd McIlwain, Alejandro Barragan, Richard Dennis Miller, Charles Clay Winans and Jose Mendoza.  The defendant's counsel having agreed to the continuance as well as counsel for the government, the court finds that:

1. The trial in this matter is scheduled for September 6, 2005, at 9:00 a.m. The pretrial cut off date was set at August 1, 2005, and the pretrial conference was scheduled for August 17, 2005.

2. Discovery was not received until August 1, 2005, there is a need for substantial investigation.  Counsel will need time to prepare for trial and all counsel agree that to be adequately prepared, the trial date and the pre-trial motions date and conference dates should be extended.

Order/U.S. v. McIlwain, et al. - 1
CR05-5504FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

3. The defendant's understand that to be adequately represented that a continuance is necessary.

4. The government consents to the continuance.

5. The ends of justice outweigh the best interests of the public and the defendant to a speedy trial. Failure to grant the continuance would deny counsel for Defendant's adequate time to effectively prepare for trial.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from September 6, 2005 to December 5, 2005. The resulting period of delay from September 6, 2005, up to and including the new trial date of December 5, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pretrial motions are due no later than September 14, 2005.

DATED this 16th day of August, 2005.

    /s/ Franklin D Burgess
FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

/s/ Roger A Hunko
Roger A Hunko
Attorney for Defendant

/s/ Linda R Sullivan
Linda R Sullivan
Attorney for Defendant

Order/U.S. v. McIlwain, et al. - 2
CR05-5504FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  /s/ Charles A Johnston
   Charles A Johnston
2  Attorney for Defendant

3  /s/ Keith Alexander MacFie
   Keith Alexander MacFie
4  Attorney for Defendant

5  /s/ Michael Edward Schwartz
   Michael Edward Schwartz
6  Attorney for Defendant

7  /s/ Phil L Brennan
   Phil L Brennan
8  Attorney for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order/U.S. v. McIlwain, et al. - 3
CR05-5504FDB