Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WALTER BOYD McILWAIN,<br>ALEJANDRO BARRAGAN,<br>RICHARD DENNIS MILLER,<br>CHARLES CLAY WINANS,<br>BRANDON LEE PENN, and<br>JOSE MENDOZA,<br><br>   Defendants. | NO. CR05-5504FDB<br><br>AMENDED ORDER GRANTING<br>CONTINUANCE OF TRIAL<br>AND RELATED DATES |

THIS MATTER comes on before the Court on the motion to continue the trial date raised by counsel for defendants Brandon Lee Penn, Walter Boyd McIlwain, Alejandro Barragan, Richard Dennis Miller, Charles Clay Winans and Jose Mendoza. The defendants counsel having agreed to the continuance as well as counsel for the government, the court finds that:

1. The trial in this matter is scheduled for September 6, 2005, at 9:00 a.m. The pretrial cut off date was set at August 1, 2005, and the pretrial conference was scheduled for August 17, 2005.

2. Discovery was not received until August 1, 2005, there is a need for substantial investigation. Counsel will need time to prepare for trial and all counsel agree that to be adequately prepared, the trial date and the pre-trial motions date and conference dates should be extended.

Order/U.S. v. McIlwain, et al. - 1
CR05-5504FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

3. The defendants understand that to be adequately represented that a continuance is necessary.

4. The government consents to the continuance.

5. The ends of justice outweigh the best interests of the public and the defendants to a speedy trial.  Failure to grant the continuance would deny counsel for defendants adequate time to effectively prepare for trial.

6. As to defendant Alejandro Barragan, who agreed to a trial continuance and to sign a waiver, then changed his mind and decided not to sign the Speedy Trial Waiver, the Court finds that his time is excluded and that the ends of justice served by taking this action outweigh the best interest of the defendant in a speedy trial, pursuant to 18 U.S.C  3161(h)(7) and (h)(8)(B)(ii)

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from September 6, 2005 to December 5, 2005.  The resulting period of delay from September 6, 2005, up to and including the new trial date of December 5, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pretrial motions are due no later than September 14, 2005.

DATED this 1st day of September 2005.

     FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE

Presented by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

Order/U.S. v. McIlwain, et al. - 2
CR05-5504FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2  /s/ Roger A Hunko
   Roger A Hunko
3  Attorney for Defendant

4  /s/ Linda R Sullivan
   Linda R Sullivan
5  Attorney for Defendant

6

7
   /s/ Charles A Johnston
8  Charles A Johnston
   Attorney for Defendant
9

10 /s/ Keith Alexander MacFie
   Keith Alexander MacFie
11 Attorney for Defendant

12
   /s/ Michael Edward Schwartz
13 Michael Edward Schwartz
   Attorney for Defendant
14

15 /s/ Phil L Brennan
   Phil L Brennan
16 Attorney for Defendant

17
18
19
20
21
22
23
24
25
26
27
28

Order/U.S. v. McIlwain, et al. - 3
CR05-5504FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800