JUDGE FRANKLIN D. BURGESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5504FDB |
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| WALTER BOYD McILWAIN, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that the ends of justice will be served by ordering a continuance in the case, that continuing the trial date is necessary in order to allow the parties to conduct plea negotiations and to allow defense counsel adequate time to investigate and to effectively prepare for trial, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial; within the meaning of 18 U.S.C. §3161(h)(8)(A),  therefore,

IT IS HEREBY ORDERED that the trial date be continued to March 13, 2006. The period of delay resulting from this continuance from December 5, 2005 up to and including the new trial date of March 13, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B)

//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1    IT IS FURTHER ORDERED that the motion cutoff date in this matter shall be

2 continued to January 9, 2006.

3    DONE this 1st day of December, 2005.

4

5

6

7

8

9

10                              Franklin D Burgess
                                UNITED STATES DISTRICT JUDGE
11 Presented By:

12

13

14 /s/_____          /s/_____

15   Linda R. Sullivan                          Gregory Gruber

16 Attorney for Defendant                       Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**